**No. 11-551. Ken L. Salazar, Secretary of the Interior, et al., Petitioners v. Ramah Navajo Chapter, et al.**

565 U.S. 1104, 132 S. Ct. 995, 181 L. Ed. 2d 725, 2012 U.S. LEXIS 4.

January 6, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted.

Same case below, 644 F.3d 1054.